To: The Clerk of the Court of Appeals for the 1st Supreme Judicial District (Civil Appeal)

Trial Court Cause No.: 2015V-0129

From the 155th Judicial District Court
Austin County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/30/2015 11:04:07 AM
CHRISTOPHER A. PRINE
Clerk

Appellants: City of Sealy, Texas, Mark Stolarski, Mayor, and Larry Kucienmba, City Manager.
Vs.
Appellee: Town Park Center, LLC

| | |
|---|---|
| Judge Presiding:<br>Honorable Jeff R. Steinhauser | Court Reporter:<br>Vicki Brown |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/30/2015 11:04:07 AM
CHRISTOPHER A. PRINE
Clerk

Counsel for Appellants:
John J. Hightower
Attorney At Law
Wortham Tower, Ste 600
2727 Allen Parkway
Houston, TX  77019

Counsel for Appellee:
Andy Taylor
Attorney At Law
2668 Hwy 36 S
Brenham TX  77833

Date of Hearing: October 27, 2015

Date Order signed: October 27, 2015

Nature of Action: Breach of Contract - Accelerated Appeal Pursuant to Texas Rules of Appellate Procedure Rule 28.1

Disposition of Case: N/A

Jury Trial: No

Notice of Appeal Filed: October 29, 2015

Signed: October 30, 2015

_____
SUE MURPHY, DISTRICT CLERK
Austin County, Texas

Attachments: Defendants' Notice of Appeal

cc:    Mr. John J. Hightower

       Mr. Andy Taylor

## CAUSE NO. 2015V-0129

| | | |
|---|---|---|
| TOWN PARK CENTER, LLC, <br>     Plaintiff, | § <br> § <br> § | IN THE DISTRICT COURT OF |
| VS. | § <br> § <br> § | |
| CITY OF SEALY, TEXAS, <br> MARK STOLARSKI, MAYOR, AND <br> LARRY KUCIEMBA, CITY <br> MANAGER, <br>     Defendants. | § <br> § <br> § <br> § <br> § | AUSTIN COUNTY, TEXAS <br><br> 155TH JUDICIAL DISTRICT |

### DEFENDANTS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THE COURT:

Defendants the City of Sealy, Texas, Mark Stolarski, Mayor, and Larry Kuciemba, City Manager, (collectively the "City Defendants") desire to appeal. The information required by Rule 25.1(d) of the Texas Rules of Appellate Procedure is:

**Trial Court:** 155th Judicial District Court of Austin County, Texas.

**Trial Court No.:** 2015V-0129.

**Style:** Town Park Center, LLC v. City of Sealy, Texas, Mark Stolarski, Mayor, and Larry Kuciemba, City Manager

**Order/judgment appealed from:** The trial court's order denying the City Defendants' plea to jurisdiction and granting a temporary injunction signed October 27, 2015.

**Court to which appeal is taken:** 1st or 14th Court of Appeals

**Name of each party filing this notice:** The City of Sealy, Texas, Mark Stolarski, Mayor, and Larry Kuciemba, City Manager.

Respectfully submitted,

**OLSON & OLSON, L.L.P.**

By: /s/ John J. Hightower
John J. Hightower
State Bar No. 09614200
jhightower@olsonllp.com
Scott Bounds
State Bar No. 02706000
sbounds@olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

**ATTORNEY FOR DEFENDANTS**

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October 2015, a true and correct copy of the foregoing document was sent as indicated to all counsel of record in accordance with Tex. R. Civ. P. 21 and 21a, as follows:

Andy Taylor                                    ***Via electronic service***
ANDY TAYLOR & ASSOCIATES, PC
2668 Highway 36S
Brenham, Texas 77833
ataylor@andytaylorlaw.com


/s/ John J. Hightower
John J. Hightower

3